COLUMBIA SAVINGS & LOAN ASSOC., PLAINTIFF-RESPONDENT, v. JUDITH BOGUSZ, DEFENDANT-APPELLANT, AND ANITA M. EASTERLIN, FIRST PEOPLES BANK OF NEW JERSEY, NATIONAL BANK AND TRUST COMPANY OF GLOUCESTER COUNTY, INTERNAL REVENUE SERVICE, AND UNITED STATES OF AMERICA, DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Submitted December 18, 1984—Decided January 11, 1985.

Before Judges PRESSLER, BRODY and HAVEY.

*Joseph W. Hopkins,* attorneys for appellant (*Joseph W. Hopkins,* on the brief).

*Supnick, Mitnick, Vogelson, Josselson and DePersia,* attorneys for respondent (*Richard B. Supnick,* on the brief).

PER CURIAM.

The summary judgment appealed from enforcing the due-on-sale clause in the mortgage which is the subject of this foreclosure action is affirmed substantially for the reasons stated by Judge Deighan in his opinion reported at 191 *N.J.Super.* 327 (Ch.Div.1983).